## UNITED STATES DISTRICT COURT

## DISTRICT OF MAINE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** ) | | |
| ) | | |
| **Plaintiff,** ) | | |
| ) | | |
| v.   ) | Civ. No. 08-361-P-H | |
| ) | | |
| **FIFTEEN THOUSAND FIVE** ) | | |
| **HUNDRED THIRTY DOLLARS** ) | | |
| **($15,530) IN UNITED STATES** ) | | |
| **CURRENCY** ) | | |
| ) | | |
| **Defendant-in-rem.** ) | | |

## DECREE OF FORFEITURE

WHEREAS, on October 23, 2008, a Verified Complaint for Forfeiture against the defendant-in-rem was filed on behalf of the plaintiff, United States of America, pursuant to the provisions of of Title 21, United States Code, Sections 881(a)(6) for violations of Title 21, United States Code, Section 841(a)(1);

WHEREAS, it appearing that process was fully issued in this action and returned according to law;

WHEREAS, from November 5, 2008 and December 4, 2008, notice of this action was published for thirty (30) consecutive days on the official government website www.forfeiture.gov;

WHEREAS, on January 6, 2009, Kenneth Beaudoin was defaulted;

WHEREAS, it appearing from the record no claims, contested or otherwise, have been filed against the defendant-in-rem;

**NOW THEREFORE**, on motion of the plaintiff, United States of America for a decree of forfeiture, it is hereby

**ORDERED, ADJUDGED AND DECREED** that the defendant-in-rem is **FORFEITED** to the United States and no right, title or interest shall exist in any other person or entity;

**IT IS FURTHER ORDERED THAT** that the defendant-in-rem shall be disposed of according to law.

**SO ORDERED,**

**DATED THIS 23rd DAY OF JANUARY, 2009**

/s/D. Brock Hornby
D. Brock Hornby
United States District Judge